**Order entered December 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00584-CR

**BOBBY RAY HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2076711-S**

## ORDER

Before the Court is Court Reporter Norma Rico's request for a third extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 12, 2023**. We caution Ms. Rico that further extensions will be strongly disfavored.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE